**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 17 MAL 2015
:
               Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
JOSEPH ROBERT MANN JR., :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.